UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of INDIANA SOUTH BEND DIVISION

Jamie Harris                                    * Case No.    3:23-cv-74

    Plaintiff,                              * VIOLATION OF FAIR DEBT COLLETION ACT

V                                               * JURY TRIAL DEMANDED

Merchant & Medical Credit Corporation, Inc.

    Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Jamie Harris (hereinafter Plaintiff) proceeding pro se and alleging the following Merchant & Medical Credit Corporation, Inc.

## INTRODUCTION

This action arises out of the Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C 1692 et seq. (" FDCPA") Plaintiff seeks statutory and actual damages.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 28 U.S.C 1331 and 15 U.S.C 1692k(d).

2. Defendant conducts business in the state of Indiana, personal jurisdiction is established.

3. Venue is proper in this district because the acts and transaction occurred in this district, Plaintiff resides in this district, and Defendants transact business in this district.

## PARTIES

4. Plaintiff is a natural person residing in St Joseph County and is a " consumer" as that term is defined by 15 U.S.C 1692a(3).

5. Defendant is a collection agency with a principal address of 6324 Taylor Dr. Flint, MI 48507 and is a "debt collector" as the term is defined by 15 U.S.C 1692a(6).

6. Defendant principal purpose of business is to collect on debts that are owed to another.

## FACTUAL ALLEGATIONS

7. Defendant is attempting to collect and furnish a debt for $1,633.00 without an authorized agreement creating the debt.

8.  On or about 08/03/2022 by certified mail I notified the Defendant that they are attempting to collect a debt without an authorized agreement creating the debt as required by 15 U.S.C 1692f(1).

9.  On or about 09/13/2022 by certified mail I notified the Defendant again on still attempting to collect and furnish on a debt without an authorized agreement creating the debt.

10. On or about 01/20/2023 by certified mail I notified the Defendant that they failed to provide me with the contract or agreement that gives them the authority to collect this alleged debt and is in violation of the Fair Debt Practice Act 15 U.S.C 1692f(1).

<u>**COUNT ONE:**</u>
<u>**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C 1692**</u>

11. Plaintiff reincorporates each of the proceeding allegations as stated herein.

12. Defendant violated 15 U.S.C 1692f(1) by attempting to collect and furnish on a debt without an authorized agreement creating the debt.

13. Defendant violated 15 U.S.C 1692e(8) by furnishing this alleged debt to the consumer reporting agencies.

14. As a proximate result of Defendants violation of 15 U.S.C 1692f(1), Plaintiff has suffered substantial emotional stress, humiliation, and ruined reputation.

Wherefore, Jamie Harris moves this court to enter and order judgment against Defendant for the following:

a.  Actual damages pursuant to 15 U.S.C 1692(k)

b.  Statutory damages pursuant to 15 U.S.C 1692K(a)

c.  Emotional Distress in the amount of $7,000.

d.  For such other and further relief as the Court may deem just and proper

Respectfully Submitted

Jamie Harris
62430 Locust Rd
Lot134
South Bend IN 46614
Jharris1231@yahoo.com
(615) 397-0300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of INDIANA SOUTH BEND DIVISION

### CERTIFICATE OF SERVICE

I hereby certify that on 30th of January 2023, a true and correct copy of the attached lawsuit on the individual listed below by placing it in the United States mail, postage pre-paid.

__1/30/2023__

Date

Signature

**Name: Merchant & Medical Credit Corporation, Inc**
       **David E Cairnduff**

**Address: 6324 Taylor Dr**
        **Flint MI 48507**

**Telephone Number: 1.800.562.0273**