# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| JAMIE HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCHANT AND MEDICAL CREDIT CORPORATION, INC.,<br><br>　　　　Defendant. | CASE NO. 3:23-CV-74-CCB-MGG |

## ORDER

On April 22, 2024, more than six months after Defendant's motion to dismiss for failure to state a claim was denied, the Court ordered Plaintiff to "file a status report by **May 10, 2024**, showing cause why this case should not be dismissed for failure to prosecute." [DE 16 (emphasis in original)]. Plaintiff was also advised that "failure to respond to this order will likely result in dismissal of this case with prejudice pursuant to Local Rule 41-1." [*Id.*].

Through its Order dated April 22, 2024, the Court provided notice to Plaintiff more than 28 days ago that his case would be dismissed for failure to prosecute if he did not respond to the Order. *See* N.D. Ind. L.R. 41-1. As of this date, Plaintiff has not filed a status report as ordered, or otherwise shown cause for his failure to prosecute, leaving the Court no choice but to assume Plaintiff has abandoned his claims.

Accordingly, this case is **DISMISSED WITH PREJUDICE**. *See* Fed. R. Civ. P. 41(b); N.D. Ind. L.R. 41-1. This Order terminates the case.

SO ORDERED.

June 24, 2024

　　　　　　　　　　　　　　　　　　　　/s/*Cristal C. Brisco*
　　　　　　　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT