AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

JAMIE HARRIS

                Plaintiff

      v.

MERCHANT & MEDICAL CREDIT CORPORATION, INC

             Defendant

Civil Action No. 3:23-cv-74

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b); N.D. Ind. L.R. 41-1._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Cristal C. Brisco

DATE:  06/25/2024          CHANDA J. BERTA, CLERK OF COURT

               by_____s/J. Barboza_____
                  *Signature of Clerk or Deputy Clerk*